1  TRACY L. WILKISON
2  Acting United States Attorney
   THOMAS D. COKER
3  Assistant United States Attorney
4  Chief, Tax Division
   ANDREW T. PRIBE (CA SBN 254904)
5  Assistant United States Attorney
6          Federal Building, Suite 7211
           300 North Los Angeles Street
7          Los Angeles, California 90012
8          Telephone: (213) 894-6551
           Facsimile: (213) 894-0115
9          E-mail: andrew.t.pribe@usdoj.gov
10
11 *Attorneys for the United States of America*

                UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13                    WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No.: 2:21-cv-1218 JVS(Ex) |
|---|---|
| Plaintiff, | Judgment |
| v. | |
| ELI GICHON, | |
| Defendant. | |

1  On the Government's motion for summary judgment and for good cause
2  shown, judgment is entered in favor of the United States of America and
3  against Eli Gichon in the amount of $4,203,817.47, as of February 5, 2021,
4  plus all subsequent statutory accruals, including interest and penalties, plus
5  costs and expenses.

7  IT IS SO ORDERED.
8  DATED: August 05, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE